The Honorable Robert J. Bryan

## UNITED STATES DISTRICT COURT,
## WESTERN DISTRICTOF WASHINGTON AT TACOMA

* * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| JOHN HYLINGER, JR. | ) Cause No. C07-5151 RJB |
| Plaintiff | ) |
| vs. | ) **ORDER PERMITTING**<br>) **AMENDMENT OF CAPTION** |
| UNION PACIFIC RAILROAD,<br>a Utah Corporation | ) |
| Defendant. | ) |

* * * * * * * * * * * * * * * * * * *

BE IT REMEMBERED that on this day came before this Court a stipulation to allow Plaintiff to file an Amended Complaint for Discrimination and Under the FELA correcting the caption, and the Court, hereby grants the stipulated motion to file the Amended Complaint.

It is therefore,

ORDERED, the clerk is directed to file the Amended Complaint for Discrimination and Under FELA, (Dkt 7-2).

DATED this 18th day of June, 2007.

_____
Robert J Bryan
United States District Judge